UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MOHAMMED ZARIF AHMADI,

                **Petitioner,**

                                          **26-CV-00154**
            - against -                  **AMENDED ORDER**

**LADEON FRANCIS,** *in his capacity as Field*
*Office Director of Enforcement and Removal*
*Operations, New York Field Office,*
*Immigration and Customs Enforcement*, **ET. AL.,**

                **Respondents.**
--------------------------------------------------------X

This Order memorializes the Court's oral ruling on the record at the telephonic conference held on January 21, 2026. Therefore, no action is required by the parties.

For the reasons stated on the record, it was improper to detain Mr. Mohammed Zarif Ahmadi under 8 U.S.C. § 1225. The habeas petition is thus **GRANTED**. Respondents are **ORDERED** to release Mr. Mohammed Zarif Ahmadi immediately. Petitioner shall not be re-detained without being provided notice and opportunity to be heard at a pre-deprivation bond hearing before a neutral decision maker at which the government would bear the burden of showing his detention is authorized under 1226(a), specifically that she poses a risk of flight or danger to the community.

SO ORDERED.

Dated:      **New York, New York**
               **April 13, 2026**

                                      _____
                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**