**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
MOHAMMED ZARIF AHMADI,

|                          |                                   |
|--------------------------|-----------------------------------|
| Petitioner,              | 26 **CIVIL** 0154 (ALC)           |
| -against-                | **JUDGMENT**                      |

LADEON FRANCIS, *in his capacity as Field*
*Office Director of Enforcement and Removal*
*Operations, New York Field Office,*
*Immigration and Customs Enforcement*, ET. AL.,

Respondents.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Amended Order dated April 13, 2026, the habeas petition is thus

GRANTED.

**Dated:**  New York, New York

April 14, 2026

**TAMMI M. HELLWIG**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**