UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
MOHAMMED ZARIF AHMADI,

                Petitioner,

                                        **26-CV-00154**
         - against -                    **<u>ORDER</u>**
LADEON FRANCIS, *in his capacity as Field*
*Office Director of Enforcement and Removal*
*Operations, New York Field Office,*
*Immigration and Customs Enforcement*, **ET. AL.,**

                Respondents.
--------------------------------------------------------X

    The Court is in receipt of Plaintiff's Motion for attorneys' fees under the Equal Access to

Justice Act, 28 U.S.C. § 2412(d)(1)(A), dated June 26, 2026.  ECF No. 24.

    It is hereby ordered that Defendant shall file a response, if any, by July 29, 2026. Plaintiff

shall file a reply, if any, by August 5, 2026.

**SO ORDERED.**

**Dated:**      **New York, New York**
            **July14, 2026**

                                      **ANDREW L. CARTER, JR.**
                                    **United States District Judge**

1