USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ________________
DATE FILED: 8/4/2026

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

July 27, 2026

By ECF
Hon. Andrew L. Carter Jr.
United States District Judge
40 Foley Square
New York, New York 10007

**Re: *Ahmadi v. Francis et al.*, No. 26 Civ. 154 (ALC)**

Dear Judge Carter,

This Office represents the government in this habeas corpus action, in which the Court granted judgment for the Petitioner. ECF No. 19. I write to request a stay of the Court's briefing schedule for Petitioner's motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. *See* ECF No. 27. On June 26, 2026, Petitioner filed a motion for attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. *See* ECF Nos. 24, 25, 26. On July 14, 2026, the Court ordered Defendants to file a response by July 29, 2026, and Petitioner to file its reply, if any, by August 5, 2026. *See* ECF No. 27. This is the Government's first request for a stay. Petitioner opposes this request contending that *Vacchio v. Ashcroft*, 404 F.3d 663, 672 (2d Cir. 2005) remains the long-settled law in the Second Circuit, and Petitioner asserts that the length of potential delay in awaiting a Supreme Court decision would unfairly prejudice Petitioner in this case.

On June 29, 2026—three days after Petitioner filed his motion—the Supreme Court granted certiorari in *Palacios v. Liggins*, No. 25-1223, 2026 WL 1855057, at *1 (U.S. June 29, 2026). The question presented in that case is whether habeas petitions challenging civil immigration detentions are "civil actions" for the purposes of the EAJA, 28 U.S.C. § 2412(d)(1)(A). Should the Supreme Court hold that habeas petitions are not "civil actions," that decision would be dispositive of Petitioner's fee motion.

In light of the pending decision in *Palacios*, a stay would be appropriate here. A stay serves the interest of judicial economy. Courts in this District "routinely stay[] cases 'when a higher court is close to settling an important issue of law bearing on the action.'" *Consumer Fin. Prot. Bureau v. MoneyGram Int'l, Inc.*, No. 22 Civ. 3256 (KPF), 2022 WL 17547438, at *2 (S.D.N.Y. Dec. 9, 2022) (quoting *Sikhs for Justice v. Nath*, 893 F. Supp. 2d 598, 622 (S.D.N.Y. 2012)). Courts in this District have recently issued stay orders on this issue. *See Martinez v. Joyce*, 25 Civ. 10376 (GBD) (BCM) (citing *In re Zimmer*, 2021 WL 5963392, at *4 (S.D.N.Y. Dec. 16, 2021)) (staying the petitioner's fee motion "[b]ecause *Palacios* could be dispositive of the fee motion in this action, and because '[c]ourts regularly stay cases where an appeal in a related case will resolve (or at least greatly simplify) the issues in the stayed case.'"); *Salgado v. Francis*, 25 Civ. 6524 (VEC), 2026 WL 2123305, at *1 (July 23, 2026) (ordering the Government's request to stay briefing on Petitioner's anticipated EAJA motion pending *Palacios*).

The countervailing interests are minimal. Petitioner's motion concerns monetary relief for counsel. *See* ECF No. 25. It does not concern any injunctive or equitable relief for Petitioner, who

was released from custody on January 21, 2026. ECF No. 19. A stay of Petitioner's attorney's EAJA fee motion would therefore impose no cognizable hardship on Petitioner.

For these reasons, the government respectfully requests a stay of the EAJA briefing schedule pending the decision in *Palacios*.

* * *

I thank the Court for its consideration of this submission.

Respectfully,

JAY CLAYTON
United States Attorney

/s/ Erica Silverman
BY: ERICA A. SILVERMAN
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2696
Erica.Silverman@usdoj.gov

cc: Counsel of Record (by ECF)

Respondent's request is DENIED. Petitioner's reply brief is due August 5, 2026, per the Court's Order setting the briefing schedule.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

August 4, 2026