**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

**MOHAMMED ZARIF AHMADI,**

**Petitioner,**

**- against -**

**LADEON FRANCIS,** *in his capacity as Field Office Director of Enforcement and Removal Operations, New York Field Office, Immigration and Customs Enforcement*, et. al.**,**

**Respondents.**

---------------------------------------------------------X

**26-CV-00154**
**ORDER**

The court schedules a conference for **November 10, 2026**, at **3:00pm**. The Parties should appear at the Thurgood Marshall United States Courthouse, 40 Foley Square, in Courtroom 444 on the date and time specified above.

**SO ORDERED.**

**Dated: October 21, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**